**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Doris Nellie RODRIGUEZ,**
**Defendant–Appellant.**

**No. 12–40172**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Richard W. Rogers, III, Corpus Christi, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Doris Nellie Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.